O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4021 AHM<br>Bankruptcy Court Case No. LA 05-43980-AA<br>BAP Case No. CC-10-1145 | Date | June 9, 2010 |
|---|---|---|---|
| Title | In re SHANEL A. STASZ | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On May 28, 2010, the Bankruptcy Appellate Panel ("BAP") transferred Appellant's motion to proceed *in forma pauperis*[1] to this Court for the limited purpose of ruling on that motion. For the following reasons, the Court DENIES Appellant's motion to proceed *in forma pauperis*. Appellant bases her motion on a declaration that she has recently been granted fee waivers at the Los Angeles County Superior Court and the California Court of Appeal, Second District. She does not attach copies of these fee waivers, nor does she attest under penalty of perjury that she lacks the ability to pay the filing fees. Her showing is inadequate to warrant the granting of leave to proceed *in forma pauperis*.

**JS-6**

                                                                                                    :
                                            Initials of Preparer        SMO

cc: **Bankruptcy Court**

---

[1] The BAP deemed Appellant's request that the Panel waive the appeal filing fees to be a motion to proceed *in forma pauperis*.