O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4021 AHM; LA 05-43980-AA; BAP: CC-10-1145 | Date | June 16, 2010 |
|---|---|---|---|
| Title | In re SHANEL A. STASZ | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

The Court GRANTS Appellant's motion for reconsideration of the Court's June 9, 2010 Order and GRANTS Appellant's motion to proceed *in forma pauperis*.

      :      
Initials of Preparer  SMO

cc: **Bankruptcy Court**